Arrow CT Corporation

208 S. LaSalle Street
Chicago, IL 60604

312 345 4332 tel
312 750 0660 fax
www.ctlegalsolutions.com

April 30, 2012

**FILED**

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road,
Suite One,
Palos Hills, IL 60465

MAY X 4 2012
MAY 4 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Raul Castor, Pltf. vs. CIGPF I Corp., etc., et al. including American Coradius International LLC, Dfts.

Case No. 112CV02579   12 CV 2579

Dear Sir/Madam:

After checking our records and the records of the State of IL, it has been determined that C T Corporation System is not the agent for an entity by the name of American Coradius International LLC. Currently, the state lists ILLINOIS CORPORATION SERVICE C as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Felicia Randle
Service of Process

Log# 520400126

FedEx Tracking# 793512781934

cc: Northern District of Illinois - U.S. District Court - Eastern Division
    219 S. Dearborn Street,
    Chicago, IL 60604

http://arrow.ctadvantage.com/SOP/SOP_RejectionLetter.aspx?W...    4/30/2012