## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **RAUL CASTOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Judge Kocoras** |
| | ) | |
| **-vs-** | ) | **Case No.: 12-cv-02579** |
| | ) | |
| **CIGPF I CORP. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF UNOPPOSED MOTION

To:   David J. Philipps
      Mary E. Philipps
      PHILIPPS & PHILIPPS, LTD.
      9760 South Roberts Road, Suite One
      Palos Hills, Illinois  60465

PLEASE TAKE NOTICE than at 9:30 a.m. on Tuesday, May 22, 2012, we shall appear before the Honorable Judge Charles P. Kocoras in Room 1719 of the District Court for the Northern District of Illinois, Eastern Division located at 219 South Dearborn Street in Chicago, Illinois, and then and there present **DEFENDANTS CIGPF I CORP. AND AMERICAN CORADIUS INTERNATIONAL, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**, a copy of which was served upon you by operation of the Court's electronic filing system.

Respectfully Submitted,

/s/ Nicole Barrett
Attorney for Defendants CIGPF I and ACI

Nicole M. Barrett
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 West Monroe, Suite 1120
Chicago, IL 60603
Telephone:    (312) 578-0992
Facsimile:    (312) 578-0991
nbarrett@sessions-law.biz


Attorney for Defendants CIGPF I Corp. and American Coradius International, LLC



### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2012, a copy of the foregoing

**NOTICE OF UNOPPOSED MOTION** was filed electronically.  Notice of this filing

will be sent to the following parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

David J. Philipps
Mary E. Philipps
PHILIPPS & PHILIPPS, LTD.
9760 South Roberts Road
Suite One
Palos Hills, Illinois  60465


/s/ Nicole Barrett
Attorney for Defendants CIGPF I and ACI